CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 0 4 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MICHAEL RUNNINGWOLF-WHITE, ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ROBINSON, et al., ) <br>     Defendants. ) | Civil Action No. 7:05CV00785 <br><br> **FINAL ORDER** <br><br> By Hon. Glen E. Conrad <br> United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the plaintiff's complaint shall be **DISMISSED** and **STRICKEN** from the active docket of the court, pursuant to 28 U.S.C. § 1915A(b)(1).

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants.

ENTER: This 4th day of January, 2006

_____
United States District Judge